IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KLIESH, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| SELECT PORTFOLIO SERVICING, INC.; and CREDIT SUISSE FIRST BOSTON (U.S.A.); and ECKERT SEAMANS CHERIN & MELLOTT, LLC. | : | No. 12-548 |
| | : | |
|     Defendants. | : | |

## ORDER RE: DEFENDANTS' MOTION TO PRECLUDE AND MOTION TO DISMISS

AND NOW, on this 29th day of June, 2012, upon careful consideration of Defendants' Motion to Preclude Plaintiff John Kliesh from Commencing Further Actions (ECF No. 2), Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5), and 12(b)(6) (ECF No. 3), and the parties' briefing, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

1. Defendants' Motion to Preclude (ECF No. 2) is DENIED.

2. Defendants' Motion to Dismiss (ECF No. 3) is GRANTED.

4. Plaintiff's claims are DISMISSED with prejudice.

5. Final judgment is entered in favor Defendants and against Plaintiff.

6. The Clerk of Court shall close Civil Action No. 12-548.

BY THE COURT:

*/s/ Michael M. Baylson*
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-548 Kliesh v Select Portfolio Servicing\Order re Motion to Preclude & Motion to Dismiss.wpd